**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: Sylwia K Mikolajcyk ) Case No. 13 B 45167
)
Debtor ) Chapter 13
)
) Judge: JACK B SCHMETTERER

## NOTICE OF MOTION

Sylwia K Mikolajcyk                                          LANDGRAFLAW
                                                             via Clerk's ECF noticing procedures

4845 S Long Ave
Chicago, IL 60638

Please take notice that on April 16, 2014 at 11:00 am my designee or I will appear before the Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, IL or by the methods indicated on March 17, 2014.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On November 21, 2013 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by:

Amend petition, schedule D, G and I and plan so that

treatment of US Bank is consistant in section E and G and

file adversary or motion to cramdown US Bank lien.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

Respectfully submitted,

TOM VAUGHN                                                   /s/ Tom Vaughn
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900