IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| SYLWIA KRYSTYNA MIKOLAJCYK, | ) | Case No. 13 B 45167 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |
| | ) | |

TO:  Tom Vaughn  
Trustee  
55 E. Monroe Street  
Suite 3850  
Chicago, IL 60603  

Patrick S. Layng  
U.S. Trustee  
Office of the U.S. Trustee  
219 South Dearborn Street  
Room 873  
Chicago, IL 60604  

Christopher M. Brown  
Pierce & Associates, P.C.  
1 North Dearborn Street, Suite 1300  
Chicago, IL 60602  

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, June 4, 2014, at 9:30 a.m., I shall appear before United States Bankruptcy Court Judge Jack B. Schmetterer, or anyone sitting in his stead, in courtroom number 682, at the Everett McKinley Dirksen United States Courthouse, which is located at 219 South Dearborn Street; Chicago, Illinois 60604-1701, and then and there I shall present **MOTION OF THE DEBTOR PURSUANT TO 11 U.S.C. § 506(A) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF SECURITY AND RELEASE OF U.S. BANK'S UNDERLYING LIEN ON DEBTOR'S PROPERTY**, along with Exhibits "A" and "B", (collectively, "motion"), a true and complete copy is attached hereto.

CERTIFICATE OF SERVICE

      I, Nicholas C. Kefalos, hereby certify that on the 21st day of May 2014, a true and correct copy of the foregoing **NOTICE OF MOTION**, along with **MOTION OF THE DEBTOR PURSUANT TO 11 U.S.C. § 506(A) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF SECURITY AND RELEASE OF U.S. BANK'S UNDERLYING LIEN ON DEBTOR'S PROPERTY,** as identified herein**,** was served electronically upon the above-named counsel of record via the Bankruptcy Court's CM/ECF system.

                                                         Respectfully submitted,
                                                         SYLWIA KRYSTYNA
                                                         MIKOLAJCYK, Debtor,

Dated: May 21, 2014                                      By: s/Nicholas C. Kefalos,
                                                                  One of her attorneys.

Nicholas C. Kefalos, P.C.
VERNOR MORAN, LLC
27 North Wacker Drive, Suite 2000
Chicago, Illinois 60606-2800
(312) 264-4460 (office)
(312) 264-4461 (fax)

nkefalos@vernormoran.com

IL ARDC No. 6270051

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| SYLWIA KRYSTYNA MIKOLAJCYK, | ) | Case No. 13 B 45167 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |
| | ) | |

**MOTION OF THE DEBTOR PURSUANT TO 11 U.S.C. § 506(A) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF SECURITY AND RELEASE OF U.S. BANK'S UNDERLYING LIEN ON DEBTOR'S PROPERTY**

Debtor, SYLWIA KRYSTYNA MIKOLAJCYK, by and through counsel, Nicholas C. Kefalos, and states as follows:

1. Debtor filed a petition under Chapter 13 of the U.S. Bankruptcy Code on November 21, 2013. (Docket No. 1.)

2. This Honorable Court has jurisdiction pursuant to § 157 and § 1334 of Title 28, United States Code.

3. This is a core proceeding within the meaning of § 157(B)(1) and (2) of Title 28, United States Code.

4. Venue is proper pursuant to § 1409 of Title 28, United States Code.

5. This Honorable Court has not confirmed Debtor's Chapter 13 Plan.

6. Debtor, Sylwia Krystyna Mikolajcyk, is an individual.

7. Creditor, U.S. Bank, N.A., is a domestic corporation.

8. Debtor is the owner of a condominium located at 906 Ridge Square, Unit 314; Elk Grove Village, IL 60007.

3

9. Creditor U.S. Bank, N.A., holds a first mortgage lien on the real property commonly known as 906 Ridge Square, Unit 314; Elk Grove Village, IL 60007, with a secured claim of $112,279.60, based on the proof of claim filed in this case. Please see attached Exhibit "A" for said proof of claim.

10. The Assessor of Cook County, Illinois has appraised and valued the Debtor's property located at 906 Ridge Square, Unit 314; Elk Grove Village, IL 60007, to have the value of $48,500.00. Please see the attached Exhibit "B", which is the Cook County Assessor's market valuation of Debtor's property, and the valuation can be found at http://www.cookcountyassessor.com/Captcha/VerificationPage.aspx?Pin=8331010671029 (last accessed on May 21, 2014)

11. That the secured claim of U.S. Bank, N.A., exceeds the value of the subject property.

12. Debtor respectfully requests this Honorable Court to enter an Order valuing the property located at 906 Ridge Square, Unit 314; Elk Grove Village, IL 60007, at $48,500.00.

13. Debtor requests this Honorable Court allow U.S. Bank, N.A.'s claim to be paid in full during the duration of Debtor's Chapter 13 Plan term at priority E3 of the Plan, with interest at an annual percentage of 4.33%, with set monthly payments of $900.44, for a total estimated claim of $54,026.53, regardless of contrary proof of claims.

14. The remainder of U.S. Bank, N.A.'s claim shall be paid as a general unsecured creditor to be listed in Section E8 of Debtor's Chapter 13 Plan, and will be discharged upon a discharge Order issued by the Court, and subsequently U.S. Bank, N.A.'s lien encumbering 906 Ridge Square, Unit 314; Elk Grove Village, IL 60007, will be deemed released.

15. Debtor's lien should be cancelled pursuant to § 506 and § 1322(b)(2).

WHEREFORE, the Debtor, SYLWIA KRYSTYNA MIKOLAJCYK prays this Honorable Court for the following relief:

A. That this Court enter an Order valuing the Debtor's property at $48,500.00;

B. That the secured claim of U.S. Bank, N.A., shall receive a set payment of $900.44 per month plus interest at a rate of 4.33% for a total estimated secured claim of 54,026.53;

C. That the remaining portion of the claim filed by U.S. Bank, N.A. shall be paid as a general unsecured claim, and will be discharged upon a discharge Order issued by this Court to the Debtor in this case;

D. The lien held by U.S. Bank, N.A., on the property located at 906 Ridge Square, Unit 314; Elk Grove Village, IL 60007, will be released upon Debtor receiving a discharge in this case; and,

E. That the Debtor have such other and further relief as the Court may deem just and proper.

Respectfully submitted,
SYLWIA KRYSTYNA
MIKOLAJCYK, Debtor,

Dated: May 21, 2014

By: s/Nicholas C. Kefalos,
One of her attorneys.

Nicholas C. Kefalos, P.C.
VERNOR MORAN, LLC
27 North Wacker Drive, Suite 2000
Chicago, Illinois 60606-2800
(312) 264-4460 (office)
(312) 264-4461 (fax)

nkefalos@vernormoran.com

IL ARDC No. 6270051