# Exhibit "B"

**No Image Available**

| Description | Value |
|---|---|
| PIN: | 08-33-101-067-1029 |
| Address: | 906 Ridge Sq Unit: 906-314 |
| City: | Elk Grove Village |
| Township: | Elk Grove |
| Property Classification: | 2-99 |
| Square Footage: | 14,483 (Land) |
| NBHD: | 62 |
| Taxcode: | 16035 |

## Assessed Valuation

| Description | 2014 Assessor Certified | 2013 Board of Review Certified |
|---|---|---|
| Land Assessed Value | 162 | 162 |
| Building Assessed Value | 4,688 | 4,943 |
| Total Assessed Value | 4,850 | 5,105 |

## Property Characteristics

| Description | Value |
|---|---|
| Estimated 2014 Market Value | $48,500 |
| Estimated 2013 Market Value | $51,050 |
| Description | Residential Condominium |
| Age: | 40 |

▼