IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

———————————————————————
                                                            )
In re:                                                      )                    Chapter 13
                                                            )
SYLWIA KRYSTYNA MIKOLAJCYK,                                  )                    Case No. 13 B 45167
                                                            )
        Debtor.                                             )                    Judge Jack B. Schmetterer
———————————————————————)


        TO:     Tom Vaughn                                   Patrick S. Layng
                Trustee                                      U.S. Trustee
                55 E. Monroe Street                          Office of the U.S. Trustee
                Suite 3850                                   219 South Dearborn Street
                Chicago, IL 60603                            Room 873
                                                             Chicago, IL 60604

                Christopher M. Brown
                Andrew J. Nelson
                Pierce & Associates, P.C.
                1 North Dearborn Street, Suite 1300
                Chicago, IL 60602


**<u>NOTICE OF FILING</u>**


        PLEASE TAKE NOTICE that on Wednesday, July 9, 2014, I caused to be electronically

filed with the Office of the Clerk of the United States Bankruptcy Court for the Northern District

of Illinois, which is physically located at the Everett McKinley Dirksen United States Courthouse,

219 South Dearborn Street; Chicago, Illinois 60604-1701, the herein **AMENDED MOTION OF**

**THE DEBTOR PURSUANT TO 11 U.S.C. § 506(A), 11 U.S.C. § 1322(B)(2), AND**

**BANKRUPTCY RULES 3012 AND 9014 TO DETERMINE THE NATURE, EXTENT, AND**

**VALUE OF SECURITY AND RELEASE OF U.S. BANK'S UNDERLYING LIEN ON**

**DEBTOR'S PROPERTY**, along with Exhibits "A" and "B", and proposed order, (collectively,

"motion"), a true and complete copy is attached hereto.

<u>CERTIFICATE OF SERVICE</u>

I, Nicholas C. Kefalos, hereby certify that on the 9th day of June 2014, a true and correct copy of the foregoing **NOTICE OF FILING**, along with **AMENDED MOTION OF THE DEBTOR PURSUANT TO 11 U.S.C. § 506(A), 11 U.S.C. § 1322(B)(2), AND BANKRUPTCY RULES 3012 AND 9014 TO DETERMINE THE NATURE, EXTENT, AND VALUE OF SECURITY AND RELEASE OF U.S. BANK'S UNDERLYING LIEN ON DEBTOR'S PROPERTY,** as identified herein**,** was served electronically upon the above-named counsel of record via the Bankruptcy Court's CM/ECF system.

Respectfully submitted,
SYLWIA KRYSTYNA
MIKOLAJCYK, Debtor,

Dated: July <u>9</u>, 2014

By: <u>s/Nicholas C. Kefalos</u>,
    One of her attorneys.

Nicholas C. Kefalos, P.C.
VERNOR MORAN, LLC
27 North Wacker Drive, Suite 2000
Chicago, Illinois 60606-2800
(312) 264-4460 (office)
(312) 264-4461 (fax)

nkefalos@vernormoran.com

IL ARDC No. 6270051

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 13 |
|  | ) |  |
| SYLWIA KRYSTYNA MIKOLAJCYK, | ) | Case No. 13 B 45167 |
|  | ) |  |
| Debtor. | ) | Judge Jack B. Schmetterer |

_____)

**AMENDED MOTION OF THE DEBTOR PURSUANT TO 11 U.S.C. § 506(A), 11 U.S.C. § 1322(B)(2), AND BANKRUPTCY RULES 3012 AND 9014 TO DETERMINE THE NATURE, EXTENT, AND VALUE OF SECURITY AND RELEASE OF U.S. BANK'S UNDERLYING LIEN ON DEBTOR'S PROPERTY**

Debtor, SYLWIA KRYSTYNA MIKOLAJCYK, by and through counsel, Nicholas C. Kefalos, and states as follows:

1.  Debtor filed a petition under Chapter 13 of the U.S. Bankruptcy Code on November 21, 2013.  (Docket No. 1.)

2.  This Honorable Court has jurisdiction pursuant to § 157 and § 1334 of Title 28, United States Code.

3.  This is a core proceeding within the meaning of § 157(B)(1) and (2) of Title 28, United States Code.

4.  Venue is proper pursuant to § 1409 of Title 28, United States Code.

5.  This Honorable Court has not confirmed Debtor's Chapter 13 Plan.

6.  Debtor, Sylwia Krystyna Mikolajcyk, is an individual.

7.  Creditor, U.S. Bank, N.A., is a domestic corporation.

8.  Debtor is the owner of a condominium unit located at 906 Ridge Square, Unit 314; Elk Grove Village, IL 60007, ("condo unit"), which unit is in a building that contains at least 33 separate condo units.

3

9.      Debtor does not reside in the unit.  Amended Schedule "A".  (Docket No. 47.)  As a point of fact, Martin Hutt is the tenant residing in the condo unit.  Id.

10.      Martin Hutt has a month to month lease.  Amended Schedule G.  (Docket No. 47.) Debtor is the landlord.  Id.  Debtor's interest in the condo unit is fee simple.  Id.

11.      Martin Hutt pays Debtor $900 every month as rent.  Amended Schedule I at ln. 8a. (Docket No. 47.)

12.      Creditor U.S. Bank, N.A., holds a first mortgage lien on the condo unit, with a secured claim of $112,279.60, based on the proof of claim filed in this case.  Please see attached Exhibit "A" for said proof of claim.

13.      The Assessor of Cook County, Illinois has appraised and valued of the condo unit to have the value of $48,500.00.   Please see the attached Exhibit "B", which is the Cook County Assessor's market valuation of Debtor's property, and the valuation can be found at http://www.cookcountyassessor.com/Captcha/VerificationPage.aspx?Pin=8331010671029    (last accessed on May 21, 2014)

14.      That the secured claim of U.S. Bank, N.A., exceeds the value of the subject property.

15.      Debtor respectfully requests this Honorable Court to enter an Order valuing the property located at 906 Ridge Square, Unit 314; Elk Grove Village, IL 60007, at $48,500.00.

16.      Debtor requests this Honorable Court allow U.S. Bank, N.A.'s claim to be paid in full during the duration of Debtor's Chapter 13 Plan term at priority E3 of the Plan, with interest at an annual percentage of 4.33%, with set monthly payments of $900.44, for a total estimated claim of $54,026.53, regardless of contrary proof of claims.

17.     The remainder of U.S. Bank, N.A.'s claim shall be paid as a general unsecured creditor to be listed in Section E8 of Debtor's Chapter 13 Plan, and will be discharged upon a discharge Order issued by the Court, and subsequently U.S. Bank, N.A.'s lien encumbering 906 Ridge Square, Unit 314; Elk Grove Village, IL 60007, will be deemed released.

18.     Debtor's lien should be cancelled pursuant to § 506(a) and § 1322(b)(2).


WHEREFORE, the Debtor, SYLWIA KRYSTYNA MIKOLAJCYK prays this Honorable Court for the following relief:

A.     That this Court enter an Order valuing the Debtor's property at $48,500.00;

B.     That the secured claim of U.S. Bank, N.A., shall receive a set payment of $900.44 per month plus interest at a rate of 4.33% for a total estimated secured claim of 54,026.53;

C.     That the remaining portion of the claim filed by U.S. Bank, N.A. shall be paid as a general unsecured claim, and will be discharged upon a discharge Order issued by this Court to the Debtor in this case;

D.     The lien held by U.S. Bank, N.A., on the property located at 906 Ridge Square, Unit 314; Elk Grove Village, IL 60007, will be released upon Debtor receiving a discharge in this case; and,

E.     That the Debtor have such other and further relief as the Court may deem just and proper.


Respectfully submitted,
SYLWIA KRYSTYNA
MIKOLAJCYK, Debtor,

Dated: July 9, 2014                                   By: s/Nicholas C. Kefalos,
                                                          One of her attorneys.

Nicholas C. Kefalos, P.C.

5

VERNOR MORAN, LLC
27 North Wacker Drive, Suite 2000
Chicago, Illinois 60606-2800
(312) 264-4460 (office)
(312) 264-4461 (fax)

nkefalos@vernormoran.com

IL ARDC No. 6270051