# Exhibit "A"

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>SYLWIA KRISTINA MIKOLAJCYK | Case Number<br>13B45167 | |
| NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503. | | COURT USE ONLY |
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9 | | |
| Name and address where notices should be sent:<br>Select Portfolio Servicing, Inc.<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412<br>Telephone: 1-800-258-8602 | | __ Check this box if this claim amends a previously filed claim<br>Court Claim Number: _____<br>(If known)<br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br>Select Portfolio Servicing, Inc.<br>P.O. Box 65450<br>Salt Lake City, UT 84165<br>1-800-258-8602 | | __ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.<br>__ Check this box if you are the debtor or trustee in this case |

1. Amount of Claim as of Date Case Filed: $112,279.60

    If all or part of the claim is secured, complete item 4.
    If all or part of the claim is entitled to priority, complete item 5.

    X Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges

2. Basis for Claim: Money Loaned
   (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: ******6602

   3a. Debtor may have scheduled account as: _____ (See instruction #3a)

   3b. Uniform Claim identifier (optional): __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ (See instruction #3b)

4. Secured Claim (See instruction #4)
   Check the appropriate box if the claim is secured by a lien on property or a right of Setoff, attach required redacted documents, and provide the requested information

   Nature of property or right of setoff: X Real Estate
   Describe: 906 Ridge Square #314
             Elk Grove Village, IL 60007
   Value of Property: $_____

   Annual Interest Rate ___7.375___ % X Fixed or __ Variable
   (when case was filed)

   Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

   $16,984.25

   Basis for perfection: Recorded Mortgage

   Amount of Secured Claim: $112,279.60

   Amount Unsecured: $_____

5. Amount of claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories check the box specifying the priority and state the amount.

   __ Domestic Support obligations under 11 U.S.C §507(a)(1)(A) or (a)(1)(B).

   __ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507(a)(4).3

   __ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

   Amount entitled to Priority:

   $_____

   __ Up to $2,775* of deposits toward purchase, lease, or rental property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

   __ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

   __ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__).

   * Amounts are subject to adjustment on 4/1/16 and every 3 year thereafter with respect to cases commenced on or after the date of adjustment

Case 13-45167    Claim 3-1    Filed 02/12/14    Desc Main Document    Page 2 of 4

| 6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6) |
|---|

7. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (See instruction #7, and the definition of "redacted")

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

8. Signature: (See instruction #8)

Check the appropriate box.

X I am the Creditor's Authorized Agent

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Printed Name:      Christopher Brown
Title:         Attorney at Law
Company:    Pierce & Associates, P.C.
Address and telephone number (if different from notice address above):
1 North Dearborn, Suite 1300
Chicago, Illinois 60602
Telephone number: 312-346-9088     email: bk@atty-pierce.com     /s/   Christopher Brown     Date:2/12/14
Pierce Number:   13-4332                                          ARDC #6271138

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

Case 13-45167    Claim 3-1    Filed 02/12/14    Desc Main Document    Page 3 of 4

B 10 (Attachment A) (4/13)

## Mortgage Proof of Claim Attachment

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See Bankruptcy Rule 3001(c)(2).

Name of Debtor: SYLWIA KRISTINA MIKOLAJCYK          Case No. 13B45167

Name of creditor: U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9

Last four digits of any number you use to identify the debtor's account: 6602

### Part 1: Statement of Principal and Interest due as of the Petition date

Itemize the principal and interest due on the claim as of the petition date (include in the amount of claim listed in item 1 of your proof of claim form)

1. Principal due                                                             $ 99,072.52

2. Interest due

| Interest rate | From Mm/dd/yy | To mm/dd/yy | Amount |
|---|---|---|---|
| 7.375 % | 08/01/12 | 11/21/13 | $ 9,442.13 |
| _____% | __/__/__ | __/__/__ | $_____ |
| _____% | __/__/__ | __/__/__ | $_____ |

Total interest due as of the petition date $ 9,442.13   copy total here  +  $ 9,442.13

3. Total principal and Interest due                                          $ 108,514.65

### Part 2: Statement of Prepetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred in connection with the claim as of the petition date (included in the amount of claim listed in item 1 of the proof of claim form.

| Description | Dates incurred | Amount |
|---|---|---|
| Late Charges | | $_____ |
| Non-sufficient funds (NSF) Fees | | $_____ |
| Attorneys fees | 10/16/13 | $ 175.00 |
| Filing fees and court costs | 10/31/13 @ $575.00 & $300.00 | $ 875.00 |
| Advertisement costs | | $_____ |
| Sheriff/auctioneer fees | | $_____ |
| Title Costs | | $_____ |
| Recording fees | | $_____ |
| Appraisal/broker's price opinion fees (Prior Servicer) | 10/14/13 | $ 98.00 |
| Property inspections fees | | $_____ |
| Tax advances (non-escrow) | | $_____ |
| Insurance advances (non-escrow) | | $_____ |
| Escrow shortage or deficiency (not included in payments due) | | $_____ |
| Property preservation expenses Specify: _____ | | $_____ |
| Other. Specify: Prior Servicer Foreclosure Fees | 10/14/13 | $ 1,050.00 |
| Other. Specify: Prior Servicer Foreclosure Costs | 10/14/13 | $ 1,242.00 |

Total prepetition fees, expenses, and charges. Add all of the amount listed above.     $ 3,440.00

B 10 (Attachment A) (4/13)

| Part 3: Statement of Amount necessary to cure default as of the date |

Does the installment payment amount include an escrow deposit?

__ No

_X_ Yes. Attach to the Proof of Claim form an escrow account statement prepared as of the petition date in a form consistent with applicable nonbankruptcy law.

1. Installment payments Due   Date last payment received by creditor   8/1/12 Last payment contractually posted.

   Number of installment payments due   __15__

2. Amount of installment   _15_ installment @   902.95   $ 13,544.25   (9/12-11/13)

   __ installment @   $_____

   __ installment @   $_____

   Total installment payment due as of
   The petition date   $ 13,544.25   copy total here   $ 13,544.25

   **Add** total prepetition fees, expenses, and charges   copy total from
   Part 2 here   +   $ 3,440.00

   **Subtract** total of unapplied funds (funds received but not
   Credited to account)   −   $_____

   Total amount necessary to cure default as of petition
   Date   $ 16,984.25

   Copy total on item 4
   of proof of claim form

   *Post-Petition Payment of $902.95 Due 12/1/13*
   *Post-Petition Payment Amount $823.24 Due 1/1/14*

The entity which has the right to foreclose is: U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9  by virtue of being the holder and owner of the Note