IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE:  SYLWIA KRISTINA MIKOLAJCYK              ) Chapter 13
                                                )
                                                )
                                                )
                                  - Creditor    ) No. 13-45167
Select Portfolio Servicing, Inc. as             )
servicing agent for U.S. Bank N.A.,             )
successor trustee to Bank of America,           )
N.A., successor to LaSalle Bank, N.A.,          )
as trustee, on behalf of the holders of         )
the Washington Mutual Mortgage Pass-Through     )
Certificates, WMALT Series 2006-9               )
                                                )
                            v.                  ) Judge
                                                ) Jack B. Schmetterer
SYLWIA KRISTINA MIKOLAJCYK        - Debtor      )
                                                )
```

NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

   PLEASE TAKE NOTICE THAT ON July 30, 2014 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer, U.S. Bankruptcy Judge, 219 S. Dearborn Street, Chicago, Illinois, room 682, and shall then and there present the attached Motion and at which time you may appear if you so desire.

CERTIFICATION

   I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on July 22, 2014, with proper postage prepaid.

```
                              PIERCE & ASSOCIATES, P.C.
**THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY     /s/Christopher M. Brown
INFORMATION OBTAINED WILL BE  ARDC#6271138
USED FOR THAT PURPOSE**
                              1 North Dearborn
                              Suite 1300
                              Chicago, Illinois 60602
                              312-346-9088
PA13-4332
```

<u>NOTICE OF MOTION ADDRESSES</u>

To Trustee:
Tom  Vaughn
55 East Monroe St.
Suite 3850
Chicago, Illinois 60604
**By Electronic Notice through ECF**


To Debtor:
SYLWIA KRISTINA MIKOLAJCYK
906 Ridge Square #314
Elk Grove Village, IL 60007
**By U.S. Mail**


4845 South Long Avenue
Chicago, IL 60638
**By U.S. Mail**



To Attorney:
Nicholas C Kefalos
Vernor Moran LLC
27 North Wacker Drive, Suite 2000
Chicago, IL 60606-2800
**By Electronic Notice through ECF**



Also To:
Debtors Attorney:
JASON D. VAN HEMERT
Van Hemert Law
5720 West Belmont Avenue
Suite A
Chicago, IL 60634




PIERCE & ASSOCIATES, P.C.
Suite 1300
1 North Dearborn
Chicago, Illinois 60602
(312) 346-9088



PA13-4332

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: SYLWIA KRISTINA MIKOLAJCYK, ) | |
| ) | |
| Select Portfolio Servicing, Inc. as  ) | |
| servicing agent for U.S. Bank N.A.,  ) | |
| successor trustee to Bank of America, ) | |
| N.A., successor to LaSalle Bank, N.A., ) | |
| as trustee, on behalf of the holders  ) | |
| of the Washington Mutual Mortgage    ) | |
| Pass-Through Certificates, WMALT     ) | |
| Series 2006-9,                        ) | |
| Creditor,                     ) | CASE NO. 13-45167 |
| vs.                                   ) | JUDGE Jack B. Schmetterer |
| ) | |
| SYLWIA KRISTINA MIKOLAJCYK,           ) | |
| Debtor(s)                      ) | |

**MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9, by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 906 Ridge Square #314, Elk Grove Village, IL 60007, be Modified, stating as follows:

1. On November 21, 2013, the above captioned Chapter 13 was filed.

2. The above captioned Chapter 13 is not confirmed.

3. Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9 services the first mortgage lien on the property

located on 906 Ridge Square #314, Elk Grove Village, IL 60007.

4. Debtor's plan proposes a cramdown of Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9's lien.

5. Debtor is responsible for payment of all post-petition property taxes.

6. Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9 advanced funds for payment of Cook County property taxes on February 14, 2014 in the amount of $583.15.

7. Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9 continues to be injured each day it remains bound by the Automatic Stay.

8. Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9 is not adequately protected.

9. The property located at 906 Ridge Square #314, Elk Grove

Village, IL 60007 is not necessary for the debtor's reorganization.

10. The debtor has no equity in the property for the benefit of unsecured creditors.

11. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 906 Ridge Square #314, Elk Grove Village, IL 60007, be modified, and that Bankruptcy Rule 4001(a)(3) be waived as not applicable and leave be granted to Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9 to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9

/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138

Pierce and Associates, P.C.
One North Dearborn
Suite #1300
Chicago, Illinois 60602
(312)346-9088