IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: SYLWIA KRISTINA MIKOLAJCYK,   )
                                     )
                                     )  CASE NO. 13-45167
                                     )  JUDGE Jack B. Schmetterer

**RESPONSE TO AMENDED MOTION OF THE DEBTOR PURSUANT TO 11 U.S.C. §506(A), 11 U.S.C. 1322(B)(2), AND BANKRUPTCY RULES 3012 AND 9014 TO DETERMINE THE NATURE, EXTENT, AND VALUE OF SECURITY AND RELEASE OF U.S. BANK'S UNDERLYIN LIEN ON DEBTOR'S PROPERTY**

Now comes Select Portfolio Servicing,Inc. as servicing agent for U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Amended Motion of the Debtor pursuant to 11 U.S.C. §506(A), 11 U.S.C. §1322(B)(2), and Bankruptcy rules 3012 and 9014 to determine the nature, extent, and value if security and release of U.S. Bank's underlying lien on Debtor's property, stating as follows:

1. On November 21, 2013 the above captioned Chapter 13 was filed.

2. The above captioned Chapter 13 is not confirmed.

3. Select Portfolio Servicing,Inc. as servicing agent for U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9 services the first mortgage lien on the property located at 906 Ridge Square #314, Elk Grove Village, IL 60007.

4. The security interest serviced by Select Portfolio Servicing,Inc. as servicing agent for U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9 was originated on July 10, 2006.

5. The subject property was the Debtor's principal residence at the time the security interest was granted and is subject to the antimodification provision of 11 USC Section 1322 (b)(2). *In re Abrego*, 12-bk-29855 Dkt.73 (Bankr. N.D. Ill. March 3, 2014)

6. Judge Pamela S. Hollis ruled on March 25, 2014 in *In re. Abrego*, 506 BR 509, "that the date on which the security interest was created is the relevant date for the court to use in determining whether the claim is secured by a debtor's principal residence."

7. As such any subsequent rental of the subject property is not determinative as to whether or not the property is Debtor's principal residence.

8. Select Portfolio Servicing,Inc. as servicing agent for U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9 believes the current market value of the subject property to be $64,000.00 based on a quick sale and $69,000.00 if sold within 90-120 days according to a Broker Price Opinion dated May 3, 2014.

Wherefore Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9 prays that this Honorable Court deny the Amended Motion of the Debtor.

    Respectfully Submitted,
Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9

/s/Christopher M. Brown
ARDC#6271138

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088

```
                IN THE UNITED STATES BANKRUPTCY COURT FOR
                    THE NORTHERN DISTRICT OF ILLINOIS
                             EASTERN DIVISION

IN RE: SYLWIA KRISTINA MIKOLAJCYK,      )
                                        )
Select Portfolio Servicing, Inc. as     )
servicing agent for U.S. Bank N.A.,     )
successor trustee to Bank of America,   )
N.A., successor to LaSalle Bank, N.A.,  )
as trustee, on behalf of the holders    )
of the Washington Mutual Mortgage       )
Pass-Through Certificates, WMALT        )
Series 2006-9,                          )
           Creditor,                    ) CASE NO. 13-45167
      vs.                               ) JUDGE Jack B. Schmetterer
                                        )
SYLWIA KRISTINA MIKOLAJCYK,             )
           Debtor(s)                    )
```

**CERTIFICATE OF SERVICE**

TO:   SEE ATTACHED ADDRESSES

**CERTIFICATION**

    I, the undersigned Attorney, Certify that I served a copy of this Response to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on July 23, 2014, with proper postage prepaid.

/s/Christopher M. Brown
ARDC#6271138

***THESE DOCUMENTS ARE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE***

Pierce and Associates,
1 North Dearborn
13th Floor
Chicago, IL 60602

**SERVICE LIST**

To Trustee:
Tom  Vaughn
55 East Monroe St.
Suite 3850
Chicago, Illinois 60604
**By Electronic Notice through ECF**


To Debtor:
SYLWIA KRISTINA MIKOLAJCYK
906 Ridge Square #314
Elk Grove Village, IL 60007
**By U.S. Mail**


4845 South Long Avenue
Chicago, IL 60638
**By U.S. Mail**


To Attorney:
Nicholas C Kefalos
Vernor Moran LLC
27 North Wacker Drive, Suite 2000
Chicago, IL 60606-2800
**By Electronic Notice through ECF**


Also To:
Debtors Attorney:
JASON D. VAN HEMERT
Van Hemert Law
5720 West Belmont Avenue
Suite A
Chicago, IL 60634


PIERCE & ASSOCIATES, P.C.
Suite 1300
1 North Dearborn
Chicago, Illinois 60602
(312) 346-9088


PA13-4332