Case No. 13 B 45167
In re: Sylwia Kristina Mikolajczyk

## CERTIFICATE OF SERVICE

I, Dorothy Clay, certify that on ___AUG - 7 2014___, I caused to be served copies of the foregoing document to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____Dorothy Clay_____
Judicial Assistant/Deputy Clerk

### Electronic Service through CM/ECF System

Nicholas C Kefalos
Vernor Moran LLC
27 North Wacker Drive Suite 2000
Chicago, IL 60606-2800
Counsel for Debtor

Jason S Landgraf
LandgrafLaw
8600 Georgiana
Morton Grove, IL 60053
Counsel for Debtor

Jason D Van Hemert
Van Hemert Law
501 N. Ashland Ave.
Park Ridge, IL 60068
Counsel for Debtor

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
Chapter 13 Trustee

### VIA FIRST CLASS MAIL

Sylwia Kristina Mikolajczyk
4845 South Long Avenue
Chicago, IL 60638
Debtor

- 2 -