IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE:  SYLWIA KRISTINA MIKOLAJCYK              ) Chapter 13
                                                 )
                                                 )
                                                 )
                                    - Creditor  ) No. 13-45167
Select Portfolio Servicing, Inc. as              )
servicing agent for U.S. Bank N.A.,              )
successor trustee to Bank of America,            )
N.A., successor to LaSalle Bank, N.A.,           )
as trustee, on behalf of the holders of the      )
Washington Mutual Mortgage Pass-Through          )
Certificates, WMALT Series 2006-9,               )
                                                 )
                        v.                       ) Judge
                                                 ) Jack B. Schmetterer
SYLWIA KRISTINA MIKOLAJCYK           - Debtor   )
                                                 )
```

NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

   PLEASE TAKE NOTICE THAT ON August 20, 2014 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer, U.S. Bankruptcy Judge, 219 S. Dearborn Street, Chicago, Illinois, room 682, and shall then and there present the attached Motion and at which time you may appear if you so desire.

CERTIFICATION

   I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on August 13, 2014, with proper postage prepaid.

```
                                        PIERCE & ASSOCIATES, P.C.
**THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY               /s/Christopher M. Brown
INFORMATION OBTAINED WILL BE            ARDC#6271138
USED FOR THAT PURPOSE**
                                        1 North Dearborn
                                        Suite 1300
                                        Chicago, Illinois 60602
                                        312-346-9088
PA13-4332
```

NOTICE OF MOTION ADDRESSES

To Trustee:
Tom  Vaughn
55 East Monroe St.
Suite 3850
Chicago, Illinois 60604
**By Electronic Notice through ECF**

To Debtor:
SYLWIA KRISTINA MIKOLAJCYK
906 Ridge Square #314
Elk Grove Village, IL 60007
**By U.S. Mail**

4845 South Long Avenue
Chicago, IL 60638
**By U.S. Mail**

To Attorney:
Nicholas C Kefalos
Vernor Moran LLC
27 North Wacker Drive, Suite 2000
Chicago, IL 60606-2800
**By Electronic Notice through ECF**

PIERCE & ASSOCIATES, P.C.
Suite 1300
1 North Dearborn
Chicago, Illinois 60602
(312) 346-9088

PA13-4332

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
RE:   SYLWIA KRISTINA MIKOLAJCYK           )
                                           )
Select Portfolio Servicing,Inc. as         )
servicing agent for U.S. Bank N.A.,        )
successor trustee to Bank of America,      )
N.A., successor to LaSalle Bank, N.A.,     )
as trustee, on behalf of the holders of    )
the Washington Mutual Mortgage             )
Pass-Through Certificates, WMALT           )
Series 2006-9,                             )
              Creditor,                    )
                                           )
      vs.                                  )      CASE NO. 13B45167
                                           )      Judge Jack B. Schmetterer
SYLWIA KRISTINA MIKOLAJCYK,                )
              Debtor,                      )
                                           )
```

**MOTION TO CONTINUE HEARING OF DEBTOR'S**
**AMENDED MOTION TO DETERMINE VALUE OF CLAIM**

NOW COMES Select Portfolio Servicing,Inc. as servicing agent for U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9, by and through its attorneys Pierce & Associates, P.C., and in support of its Motion to Continue Hearing of Debtor's Amended Motion to Determine Value of Claim, respectfully states as follows:

1. On November 21, 2013 the above captioned Chapter 13 was filed.

2. The above captioned Chapter 13 is not confirmed.

3. Select Portfolio Servicing,Inc. as servicing agent for U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the

Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9 services the first mortgage lien on the property located at 906 Ridge Square #314, Elk Grove Village, IL 60007.

4. On July 9, 2014 Debtor filed her Amended Motion to Determine Value.

5. This Honorable Court set the matter for evidentiary hearing on August 20, 2014 at 2:00 p.m.

6. The fact that the subject property was Debtor's principal residence at the time the security interest was granted is not in dispute. <u>See Exhibit A Uniform Residential Loan Application of Debtor and See Exhibit B Cook County Property Tax and Payment Information.</u>

7. An evidentiary hearing is not needed to establish this fact.

8. Judge Pamela S. Hollis ruled on March 25, 2014 in *In re. Abrego*, 506 BR 509, "that the date on which the security interest was created is the relevant date for the court to use in determining whether the claim is secured by a debtor's principal residence."

9. If this Honorable Court supports Judge Hollis' opinion in *In re. Abrego*, 506 BR 509, any determination as to value will not be necessary.

WHEREFORE, Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9 respectfully prays that the Hearing of Debtor's Amended Motion to Determine Value of Claim set for August 20, 2014 be continued to a future date if necessary.

> Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9
>
> /s/Christopher M. Brown
> Christopher M. Brown
> 6271138
>
> Pierce and Associates, P.C.
> 1 North Dearborn Street
> Suite 1300
> Chicago, Illinois 60602
> (312)346-9088