# Uniform Residential Loan Application

### AMERIMART MORTGAGE NETWORK, INC.

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agrees that we intend to apply for joint credit (sign below):

Borrower _/s/ Brozek_    Co-Borrower

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☒ Conventional  ☐ Other (explain): ☐ FHA  ☐ USDA/Rural Housing Service | Agency Case Number | Lender Case |
|---|---|---|---|
| Amount $106,400.00 | Interest Rate 7.375% | No. of Months 360 | Amortization Type: ☐ Fixed Rate  ☐ GPM  ☒ ARM (type) 5/1  ☐ Other (explain) |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state & ZIP): **906 RIDGE SQUARE # 314, ELK GROVE VILLAGE, IL 60007**   No. of Units: **COND**

Legal Description of Subject Property (attach description if necessary): **SEE PRELIMINARY TITLE REPORT**   Year Built:

Purpose of Loan: ☒ Purchase  ☐ Construction  ☐ Other (explain):  ☐ Refinance  ☐ Construction-Permanent

Property will be: ☒ Primary Residence  ☐ Secondary Residence  ☐ Investment

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a+b) $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost $ | Amount Existing Liens $ | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made  Cost: $ |

Title will be held in what Name(s): **SYLWIA BROZEK**    Manner in which Title will be held: **Single Woman**   Estate will be held in: ☒ Fee Simple  ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain): **SAVINGS**

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | **SYLWIA BROZEK** | |
| Social Security Number | [redacted] | |
| Home Phone (incl. area code) | | |
| DOB (MM/DD/YYYY) | | |
| Yrs. School | | |
| | ☐ Married ☒ Unmarried (include single, divorced, widowed) ☐ Separated | ☐ Married ☐ Unmarried ☐ Separated |
| Dependents (not listed by Co-Borrower) | no. 0  ages | |
| Present Address (street, city, state, ZIP) | ☐ Own ☒ Rent 3 No. Yrs. **2614 N. CLYBOURN # 102 w/ family CHICAGO, IL 60614** | ☐ Own ☐ Rent ___ No. Yrs. |
| Mailing Address, if different from Present Address | | |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) | ☐ Own ☐ Rent ___ No. Yrs. | Former Address | ☐ Own ☐ Rent ___ No. Yrs. |

## IV. EMPLOYMENT INFORMATION

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| Name & Address of Employer | **SYLWIA BROZEK CLEANING SERVICE 2614 N. CLYBOURN # 102 CHICAGO, IL 60614** | ☒ Self Employed  Yrs. on this job [redacted]  Yrs. employed in this line of work/profession | | ☐ Self Employed  Yrs. on this job  Yrs. employed in this line of work/profession |
| Position/Title/Type of Business | **OWNER** | Business Phone (incl. area code) [redacted] | Position/Title/Type of Business | Business Phone (incl. area code) |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer | ☐ Self Employed | Dates (from - to) | Name & Address of Employer | ☐ Self Employed | Dates (from - to) |
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

| Name & Address of Employer | ☐ Self Employed | Dates (from - to) | Name & Address of Employer | ☐ Self Employed | Dates (from - to) |
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |

Freddie Mac Form 65    Page 1 of 4    Fannie Mae Form
Borrower's Initials _SB_    Co-Borrower's Initials