EXHIBIT B

## Cook County Property Tax and Payment Information

Printed copies of this information may not be used as a tax bill.
Payments must be submitted with original tax bill.

### 2012 Tax Year Information - Payable in 2013

Tax Year: 2012   Tax Type: Current Tax   Volume: 050   Classification: 2-99

### Property Location

906 RIDGE SQ
ELK GROVE VILLAGE, IL 60007-4163

To update contact the Cook County Assessor's Office at 312.443.7550

### Mailing Information

SYLVIA BROZEK
906 RIDGE SQUARE #314
ELK GRV VLG, IL 60007-4176

To update your mailing information click here.

### Exemption Information

Homeowner Exemption Received:      YES
Senior Citizen Exemption Received:   NO
Senior Freeze Exemption Received:    NO

If you are entitled to an exemption you did not receive, click here.

To check if you received exemptions on previous tax years, click here.

### Tax Billing Information

| Installment | Tax Amount Billed | Tax Due Date |
|---|---|---|
| 1st | $933.88 | 03/01/2013 |
| 2nd | $126.39 | 08/01/2013 |

### Tax Payment Information

The balance due, including any penalty, is as of Wednesday, August 13, 2014.
Payments processed are posted through Tuesday, August 12, 2014.

| Installment | Total Amount | Tax Amount | Penalty Amount | Last Payment Received | Date Received |
|---|---|---|---|---|---|
| 1st | $0.00 | $0.00 | $0.00 | $933.88 | 03/01/2013 |
| 2nd | $0.00 | $0.00 | $0.00 | $126.39 | 07/26/2013 |

| BALANCE DUE: | $0.00 | | | | Print |

← Return to PIN Summary

For Tax Years 2011 and prior, the Cook County Clerk's office can help you with redemption and delinquent inquiries regarding these prior year's taxes.

You may reach the Clerk at:

Main Number: 312.603.5656
You may find frequently asked questions and additional information at the Clerk's Office's website: http://www.cookcountyclerk.com