IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RE:  SYLWIA KRISTINA MIKOLAJCYK | ) |
| | ) |
| Select Portfolio Servicing, Inc. as | ) |
| servicing agent for U.S. Bank N.A., | ) |
| successor trustee to Bank of America, | ) |
| N.A., successor to LaSalle Bank, N.A., | ) |
| as trustee, on behalf of the holders of | ) |
| the Washington Mutual Mortgage | ) |
| Pass-Through Certificates, WMALT | ) |
| Series 2006-9 | ) |
| Creditor, | ) |
| vs. | ) CASE NO. 13B45167 |
| | ) Judge JACK B. SCHMETTERER |
| SYLWIA KRISTINA MIKOLAJCYK, | ) |
| Debtor(s), | ) |

**CERTIFICATE OF SERVICE**

TO:   SEE ATTACHED ADDRESSES

**CERTIFICATION**

I, the undersigned Attorney, Certify that I served a copy of the Exhibit List to the Address attached by U.S. Mail and via E-mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on August 15, 2014, with proper postage prepaid.

/s/Christopher M. Brown
ARDC#6271138

**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT**     Pierce and Associates,
**TO COLLECT A DEBT AND ANY**                1 North Dearborn
**INFORMATION OBTAINED WILL BE USED**        13th Floor
**FOR THAT PURPOSE\*\*\***                   Chicago, IL 60602

**SERVICE LIST**

To Attorney: **by U.S. Mail / by Email**
Nicholas C Kefalos
Vernor Moran LLC
27 North Wacker Drive, Suite 2000
Chicago, IL 60606-2800
E-mail: nkefalos@vernormoran.com


Pierce and Associates, P.C.
Attorney for Creditor
One North Dearborn Street
Suite 1300
Chicago, Illinois 60602

PA: 13-4332