IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE:  SYLWIA KRISTINA MIKOLAJCYK            ) Chapter 13
                                              )
                                              )
                                              )
                                   - Creditor ) No. 13-45167
Select Portfolio Servicing, Inc. as           )
servicing agent for U.S. Bank N.A.,           )
successor trustee to Bank of America,         )
N.A., successor to LaSalle Bank, N.A.,        )
as trustee,                                   )
                                              )
              v.                              ) Judge
                                              ) Jack B. Schmetterer
SYLWIA KRISTINA MIKOLAJCYK        - Debtor    )
                                              )
```

NOTICE OF MOTION

TO:   SEE ATTACHED ADDRESSES

    PLEASE TAKE NOTICE THAT ON September 17, 2014 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer, U.S. Bankruptcy Judge, 219 S. Dearborn Street, Chicago, Illinois, room 682, and shall then and there present the attached Motion and at which time you may appear if you so desire.

CERTIFICATION

    I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF, by Overnight Delivery (FedEx), or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on September 11, 2014, with proper postage prepaid.

                                        PIERCE & ASSOCIATES, P.C.

\*\*THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY        /s/Christopher M. Brown
INFORMATION OBTAINED WILL BE     ARDC#6271138
USED FOR THAT PURPOSE\*\*

                                        1 North Dearborn
                                        Suite 1300
                                        Chicago, Illinois 60602
                                        312-346-9088

PA13-4332

NOTICE OF MOTION ADDRESSES

To Trustee:
Tom  Vaughn
55 East Monroe St.
Suite 3850
Chicago, Illinois 60604
**By Electronic Notice through ECF**

To Debtor:
SYLWIA KRISTINA MIKOLAJCYK
906 Ridge Square #314
Elk Grove Village, IL 60007
**By U.S. Mail**

SYLWIA KRISTINA MIKOLAJCYK
4845 South Long Avenue
Chicago, IL 60638
**By Overnight Delivery (FedEx)**

To Attorney:
Nicholas C Kefalos
Vernor Moran LLC
27 North Wacker Drive, Suite 2000
Chicago, IL 60606-2800
**By Electronic Notice through ECF**

Also To:
Debtors Attorney:
JASON D. VAN HEMERT
Van Hemert Law
5720 West Belmont Avenue, Suite A, Chicago, IL 60634
**By U.S. Mail**

PIERCE & ASSOCIATES, P.C.
Suite 1300
1 North Dearborn
Chicago, Illinois 60602
(312) 346-9088

PA13-4332

| From: (312) 476-5734<br>Pierce & Associates<br>PIERCE & ASSOCIATES<br>1 N. Dearborn<br>Suite 1300<br>CHICAGO, IL 60602 | Origin ID: CHIA |  FedEx Express<br>E<br>J14201406190326 | Ship Date: 11SEP14<br>ActWgt: 1.0 LB<br>CAD: 1040841/INET3550 |
|---|---|---|---|

Delivery Address Bar Code



SHIP TO: (000) 000-0000         BILL SENDER
**SYLWIA KRISTINA MIKOLAJCYK**

**4845 S LONG AVE**

**CHICAGO, IL 60638**

Ref # 13-4332
Invoice #
PO #
Dept #

TRK# 7711 3037 2163
0201

FRI - 12 SEP AA
**STANDARD OVERNIGHT**

**60638**
IL-US
**ORD**

# 79 BDFA


522G1/CDB4/8AC9

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
RE:   SYLWIA KRISTINA MIKOLAJCYK            )
                                            )
Select Portfolio Servicing, Inc. as         )
servicing agent for U.S. Bank N.A.,         )
successor  trustee to Bank of America,      )
N.A., successor to LaSalle Bank, N.A.,      )
as trustee, on behalf of the holders        )
of the Washington Mutual Mortgage           )
Pass-Through Certificates, WMALT            )
Series 2006-9,                              )
               Creditor,                    )
     vs.                                    )    CASE NO. 13-45167
                                            )    Judge Jack B. Schmetterer
SYLWIA KRISTINA MIKOLAJCYK,                 )
               Debtor,                      )
```

## **MOTION FOR LEAVE FOR REHEARING**

NOW COMES Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., successor  trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9, hereinafter "Select Portfolio Servicing, Inc.", by and through its attorneys Pierce & Associates, P.C., and in support of its Motion for Leave for Rehearing, respectfully states as follows:

1. Debtor filed her Amended Motion to Determine Value of Select Portfolio Servicing, Inc.'s lien on July 9, 2014.

2. On August 6, 2014, over the objection of Select Portfolio Servicing, Inc. the matter was set for evidentiary hearing on August 20, 2014.

3. Select Portfolio Servicing, Inc. was unable to obtain a full appraisal in the subsequent two weeks before the hearing on

August 20, 2014.

4. <u>Select Portfolio Servicing, Inc. concedes that this is not the Debtor's principal residence and that Debtor may therefore cramdown its lien, or bifurcate it into secured and unsecured portions to the current fair market value.</u>

5. Debtor has no independent value other than the Cook County Assessor, an unreliable value not intended for precise valuation purposes such as here.

6. Select Portfolio Servicing, Inc. wishes to obtain a full appraisal to determine for cramdown purposes the current fair market value of the subject property.

Wherefore Select Portfolio Servicing, Inc. prays that Debtor's Amended Motion to Determine Value be reset for hearing within 30 days <u>solely for the purpose of determining the current fair market value</u>.

Select Portfolio Servicing, Inc.

<u>/s/Christopher M. Brown</u>
ARDC#6271138

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
 (312)346-9088