UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 13-45167
SYLWIA KRISTINA MIKOLAJCYK )
)
) Chapter: 13
)
) Honorable Jack B. Schmetterer
)
)
Debtor(s) )

## ORDER ~~FOR LEAVE FOR REHEARING~~

THIS CAUSE COMING ON TO BE HEARD on the motion of Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-9, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED:

1. That Debtor's Amended Motion to Determine Value is ~~reset for hearing within 30 days.~~ set 10/17/14

set for status only 10/17/14 11 AM

Dated: Sept 17, 2014

Enter:
/s/ United States Bankruptcy Judge

**Prepared by:**
PIERCE & ASSOCIATES, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312) 346-9088
PA No: 13-4332

Rev: 20130104_bko